MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DANIEL P. TALBERT (SBN OH 0084088)
Special Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234
    E-Mail:  Daniel.Talbert@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-361 WHA |
|     Plaintiff, | ORDER EXCLUDING TIME FROM SEPTEMBER 1, 2015, TO SEPTEMBER 29, 2015 |
| v. | |
| ARVIN AURORA, | |
|     Defendant. | |

The defendant, ARVIN AURORA, represented by ERIK BABCOCK, and the government represented by DANIEL P. TALBERT, Special Assistant United States Attorney, appeared before the Court on September 1, 2015, at 2:00 pm, for a status hearing. The parties agreed to continue the matter until September 29, 2015, at 2:00 pm, for a change of plea or trial setting. The parties requested that time be excluded under the Speedy Trial Act between September 1, 2015, and September 29, 2015, for effective preparation of counsel.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 1, 2015, and September 29, 2015, would unreasonably deny

~~PROPOSED~~ ORDER EXCLUDING TIME
15-CR-00361 WHA

counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between September 1, 2015, and September 29, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between September 1, 2015, and September 29, 2015, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _September 8_, 2015.

_____
WILLIAM H. ALSUP
United States District Judge

~~PROPOSED~~ ORDER EXCLUDING TIME
15-CR-00361 WHA                                    2