BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DANIEL P. TALBERT (OHBN 0084088)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7234
    Daniel.Talbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-361 WHA |
|     Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 20, 2015 |
|   v. | |
| ARVIN AURORA, | |
|     Defendant. | |

    Defendant ARVIN AURORA, by his counsel Erik Babcock, and the United States, by its counsel Special Assistant United States Attorney Daniel P. Talbert, hereby stipulate and agree that the status conference scheduled for September 29, 2015, at 2:00 pm, be continued to October 20, 2015, at 2:00 pm. Counsel for the United States has provided discovery to counsel for the defendant, including over 700 pages of additional discovery on September 10, 2015. The parties jointly request this additional time to give defense counsel an opportunity to review and investigate the additional discovery and to give counsel for both parties time to discuss and consider a possible resolution or otherwise determine how to proceed.

//

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE
CR 15-361 WHA

1  The parties request also that the Court exclude time between September 29, 2015, and October
2  20, 2015, from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161, to allow for the
3  effective preparation of counsel.  The parties agree that the ends of justice in granting the continuance
4  and excluding time outweigh the best interest of the public and the defendant in a speedy trial.

5

6  Dated: September 23, 2015                          */s/ Erik Babcock*
                                                      ERIK BABCOCK
7                                                     Attorney for Defendant Arvin Aurora

8

9

10                                                    */s/ Daniel P. Talbert*
                                                      DANIEL P. TALBERT
11                                                    Special Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE
CR 15-361 WHA                                         2

1 ~~PROPOSED~~ ORDER

2     Based on the stipulation between the parties, IT IS ORDERED that the status conference in this

3 case is set for October 20, 2015, at 2:00 pm.  IT IS FURTHER ORDERED that the time period between

4 September 29, 2015, and October 20, 2015, is excluded in computing the time within which the trial

5 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) and (iv).

6 IT IS SO ORDERED.

7 Dated: September 28, 2015.

           _____
           HON. WILLIAM H. ALSUP
8          United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE
CR 15-361 WHA                                    3