1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DANIEL P. TALBERT (SBN OH 0084088)
   Special Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:   (415) 436-7200
7       Fax:         (415) 436-7234
        E-Mail:      Daniel.Talbert@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           ) Case No.: CR 15-361 WHA
                                         )
15 |                  Plaintiff,          ) ORDER EXCLUDING TIME FROM
           v.                             ) OCTOBER 20, 2015, TO JANUARY 20, 2016
16 |                                      )
   ARVIN AURORA,                          )
17 |                                      )
                     Defendant.           )
18 |                                      )
                                          )
19

20       The defendant, ARVIN AURORA, represented by ERIK BABCOCK, and the government

21  represented by DANIEL P. TALBERT, Special Assistant United States Attorney, appeared before the

22  Court on October 20, 2015, at 2:00 pm, for a status hearing.  Upon the request of the parties, the Court

23  set the trial in this matter for January 25, 2016, at 7:30 am, and final pretrial conference for January 20,

24  2016, at 1:00 pm.  The parties requested that time be excluded under the Speedy Trial Act between

25  October 20, 2015, and January 20, 2016, for effective preparation of counsel.

26       Based upon the representation of counsel and for good cause shown, the Court finds that failing

27  to exclude the time between October 20, 2015, and January 20, 2016, would unreasonably deny

28

   ~~PROPOSED~~ ORDER EXCLUDING TIME
   15-CR-00361 WHA

1 counsel the reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by
3 excluding the time between October 20, 2015, and January 20, 2016, from computation under the
4 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore,
5 IT IS HEREBY ORDERED that the time between October 20, 2015, and January 20, 2016, shall be
6 excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8 DATED: October 26, 2015.

                                                WILLIAM H. ALSUP
9                                                 United States District Judge

~~PROPOSED~~ ORDER EXCLUDING TIME
15-CR-00361 WHA                2