1  LAW OFFICES OF ERIK BABCOCK
   ERIK G. BABCOCK, SBN 172517
2  717 Washington Street, Second Floor
   Oakland, CA 94607
3  (510) 452-8400 Tel
   (510) 452-8405 Fax
4
   Attorney for Defendant
5  ALVIN AURORA

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           No. CR 15-0361 WHA
11
              Plaintiff,               **STIPULATED REQUEST TO**
12                                     **ADVANCE TRIAL DATE TO**
   v.                                  **JANUARY 19, 2016 AND**
13                                     [PROPOSED] **ORDER**
   ALVIN AURORA,
14
              Defendant.      /
15
            The above captioned case is currently set before this
16
   Court for Trial on January 25, 2016.  Counsel for defendant has a
17
   conflict beginning on January 28, 2016.
18
            It is therefore stipulated between the parties, after
19
   consulting with the Court's staff about its calendar, that the
20
   trial date in this case may be advanced to the previous week to
21
   commence on January 19, 2016.
22
            It is further stipulated and agreed that the Pretrial
23
   Conference may be reset to January 12, 2016 at 2:00 p.m.; that
24
   motions in limine will be due on December 31, 2015; oppositions
25
   to motions in limine will be due on January 6, 2016; and replies,
26
   if any, will be due on January 8, 2016.
27
   //
28

1    Time has been and remains excluded, per the previous
2 order.
3    SO STIPULATED.

4
   _____                    /s/
5  _____
   Date                           ERIK G. BABCOCK
6                                 Attorney for Defendant
                                  ALVIN AURORA
7

8
   _____                    /s/
9  _____
   Date                           KYLE WALDINGER
10                                Assistant United States Attorney

11

12
                        [PROPOSED] ORDER
13
        IT IS HEREBY ORDERED that the Trial currently scheduled
14
   for January 25, 2016 in the above referenced matter be vacated
15
   and this matter be set on January 19, 2016.
16
        SO ORDERED.
17

18
    November 30, 2015.            _____
19  Date                           HONORABLE WILLIAM H. ALSUP
                                   United States District Judge
20

- 2 -