IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ARVIN AURORA,<br><br>    Defendant. | No. CR 15-0361 WHA<br><br>**ORDER FOLLOWING IN CAMERA REVIEW OF POTENTIAL *GIGLIO* MATERIAL** |

The Court has reviewed Assistant United States Attorney Kyle Waldinger's letter dated January 12, 2016, regarding Agent Wat and possible *Giglio* material and has determined that the information need not be turned over to the defense for the reasons stated in the letter. A copy of the letter and its attachments will be made part of the court file, accessible only by the government and the judges on our court of appeals in case they choose to consider it.

**IT IS SO ORDERED.**

Dated: January 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE