IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

No. CR 15-0361 WHA

v.

ARVIN AURORA,

**FINAL PRETRIAL ORDER**

    Defendant.

/

**FOR GOOD CAUSE** and after a final pretrial conference, the following constitutes the final pretrial order:

1. This case shall go to a **JURY TRIAL** on **JANUARY 19, 2016**, at **7:30 A.M.**, and shall continue until completed on the schedule discussed at the conference.

2. Rulings on the motions *in limine* made on the record during the conference shall be summarized jointly by counsel and submitted by **JANUARY 18, 2016**.

3. A jury of **TWELVE PERSONS AND TWO ALTERNATES** shall be used.

4. Each side shall have **THIRTY MINUTES** for opening statements.

5. Defendant shall file his proposed jury instructions by **NOON ON JANUARY 15, 2016.**

**IT IS SO ORDERED.**

Dated: January 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE