1  LAW OFFICES OF ERIK BABCOCK
2  ERIK BABCOCK (Cal. 172517)
   717 Washington St., 2d Floor
3  Oakland CA 94607
   Tel:  (510) 452-8400
4  Fax:  (510) 452-8405
   erik@babcocklawoffice.com

5  Attorney for Defendant
6  ARVIN AURORA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 15-00361-WHA |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION FOR TRAVEL ORDER, AND** ~~**PROPOSED**~~ **ORDER** |
| v. | |
| ARVIN AURORA, | |
| Defendant. | |

Defendant Arvin Aurora, by and through his counsel, hereby requests an order allowing him to travel to Phoenix, Arizona from March 21, 2016 to March 24, 2016.

**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE REQUEST**

I, Erik Babcock, declare as follows:

1. I am counsel of record for Defendant Arvin Aurora. Mr. Aurora is on bond pending his sentencing in May, 2016.

2. My client is requesting permission to travel to Phoenix, Arizona from March 21st to March 24, 2016, with his two sons, who are both in college but will be on Spring Break next week.

3. I left a voicemail for Josh Libby, my client's supervising Pretrial Services Officer about this request. Mr. Libby, in a return voicemail, informed me that he does not oppose the requested travel as long as my client furnishes him with an itinerary.

4. I called AUSA Kyle Waldinger about this request but his voicemail says he is out of the office until next week. I am therefore making this request ex parte because my client hopes to leave this coming Monday.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March, 2016, at Oakland, Calfiornia.

ERIK BABCOCK
Attorney for Defendant Aurora

## ~~PROPOSED~~ ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED:   March 17, 2016.

BILL ALSUP
U.S. DISTRICT JUDGE