LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
ARVIN AURORA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARVIN AURORA,<br><br>    Defendant. | Case No. CR 15-00361-WHA<br><br>**STIPULATION RE TRAVEL AND ~~PROPOSED~~ ORDER** |

Defendant Aurora has had telephonic job interviews with a bank based in Atlanta, Georgia. The bank would like to have an in-person interview with Mr. Aurora in Atlanta, Georgia on Monday, April 11, 2016.

IT IS THEREFORE STIPULATED between the parties that the conditions of Mr. Aurora's release may be modified to allow him to travel to Atlanta, Georgia on Sunday, April 10, 2016, returning to this district no later than Tuesday, April 12, 2016. Mr. Aurora shall provide Pretrial Services with an itinerary of his travel plans in advance of his travel.

SO STIPULATED.

DATED: April 7, 2016                                          /S/ _____
                                                                            KYLE WALDINGER
                                                                            Assistant U.S. Attorney

DATED: April 7, 2016

/S/
ERIK BABCOCK
Attorney for Defendant Aurora

**~~PROPOSED~~ ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED:   April 8, 2016.

BILL ALSUP
U.S. DISTRICT JUDGE

Stipulation and ~~Proposed~~ Order Re Travel
2