1  LAW OFFICES OF ERIK BABCOCK
   ERIK BABCOCK (Cal. 172517)
2  717 Washington St., 2d Floor
   Oakland CA 94607
3  Tel:  (510) 452-8400
   Fax:  (510) 452-8405
4  erik@babcocklawoffice.com

5  Attorney for Defendant
   ARVIN AURORA
6

7                           UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            Case No. CR 15-00361-WHA

11            Plaintiff,                **STIPULATION AND ~~PROPOSED~~ ORDER
                                        CONTINUING SENTENCING**
12
13       v.

14

15 ARVIN AURORA,

16            Defendant.

17

18         Counsel for Defendant Aurora has had three federal trials, and two state trials, scheduled to

19 commence within the last 60 days and because of this schedule had a very difficult time scheduling a

20 meeting with the probation officer and defendant.    In order to allow additional time for an in-person

21 interview with the defendant,  IT IS THEREFORE STIPULATED between the parties that the

22 sentencing in this matter, currently set for May 17, 2016 may be continued to June 14, 2016.

23         SO STIPULATED.

24
   DATED: April 25, 2016                              /S/
25                                                    KYLE WALDINGER
26                                                    Assistant U.S. Attorney

27

28
                       Stipulation and ~~Proposed~~ Order Continuing Sentencing

                                                    1

DATED: April 25, 2016                                      /S/
                                                           ERIK BABCOCK
                                                           Attorney for Defendant Aurora

# ~~PROPOSED~~ ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.** THE SENTENCING IS HEREBY CONTINUED JUNE 14, 2016, AT TWO P.M.

DATED: April 27, 2016.

                                                           BILL ALSUP
                                                           U.S. DISTRICT JUDGE

Stipulation and ~~Proposed~~ Order Continuing Sentencing

2