IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0361 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING PASSPORT** |
| ARVIN AURORA, | |
| Defendant. | |

The Court is in receipt of the parties' stipulated request regarding the return of defendant Arvin Aurora's passport. The request to return defendant's passport is **GRANTED**. Pretrial Services shall return the passport to defendant, and defendant may apply for a renewal of his passport if needed.

**IT IS SO ORDERED.**

Dated: September 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE